## DECLARATION OF JOSHUA JONES

1. My name is Joshua Jones, and I am over the age of majority.

2. I am duly qualified, competent, and authorized to make this declaration, the facts of which are within my personal knowledge and are true and correct.

3. In August of 2010, I began working at RSC Equipment Rental as an Inside Sales Representative.

4. RSC was subsequently acquired by United Rentals (North America), Inc. in November of 2011, and I then became an employee of United Rentals (North America), Inc.

5. At all times during my employment with United Rentals, I resided and worked in the State of Louisiana.

6. In early 2021, I began considering a new employment opportunity with EquipmentShare.

7. On February 25, 2021, I emailed United Rentals' Human Resources Director, Tamara Landry, to request a copy of any non-compete agreements I may have with United Rentals. The reason for my request was so that I could make an informed decision about whether or not I should pursue the new employment opportunity with EquipmentShare. My main concern was whether I had any contractual restrictions that could limit my ability to accept the employment opportunity with EquipmentShare.

8. On March 3, 2021, United Rentals' Human Resources Director, Tamara Landry, informed me that United Rentals was unable to locate my legacy employment agreement with RSC and that I would be asked to sign a new agreement with United Rentals.

9. Because United Rentals could not locate any agreement with any contractual restrictions and it had even asked me to sign a new agreement, I concluded that there was no contractual reason why I could not go work for EquipmentShare.

EXHIBIT 2

10. After weighing my options, I decided that it was in my and my family's best interest that I not sign a new agreement with United Rentals, and I should instead go work for EquipmentShare. The lack of any contractual restrictions for where I could work for EquipmentShare was the primary reason why I decided to go work for EquipmentShare.

11. On March 16, 2021, I began working as a Territory Account Manager for EquipmentShare based out of Harvey, Louisiana in Jefferson Parish.

12. On April 8, 2021, I received a letter from an attorney enclosing a copy of an Employment Agreement signed by me and dated February 18, 2013. In the letter, the attorney threatened legal action against me, and she demanded that I return any confidential information belonging to United Rentals.

13. I have not been in possession of, nor have I used, any of United Rentals' confidential information since I resigned from United Rentals.

14. I have no recollection of ever receiving a copy of the Employment Agreement, and I was not in possession of the Employment Agreement at the time I received Ms. Denney's letter.

15. Out of an abundance of caution, I am not performing any work for EquipmentShare in East Baton Rouge, Livingston, or Ascension parishes. Not working in these parishes is inhibiting my ability to generate additional revenue for EquipmentShare. The amount of revenue I generate for EquipmentShare has a direct impact on my annual compensation.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on August 11, 2021.

_____
JOSHUA JONES